THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. EGGERS, Respondent, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Appellant.

*People ex rel. Eggers* v. *Bingham*, 121 App. Div. 593, affirmed.
(Argued January 7, 1908; decided January 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 23, 1907, which reversed, on certiorari, the determination of the defendant in dismissing the relator from the police force of the city of New York and directed that he be reinstated therein.

*Francis K. Pendleton, Corporation Counsel* (*James D. Bell* of counsel), for appellant.

*Louis J. Grant* and *Jacob Rouss* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.